### COUCH ET AL. *v.* THOMAS ET AL.

No. 6843.

APPEAL.—*Notice of to Co-party.—Dismissal.—Supreme Court.*—Under section 551, 2 R. S. 1876, p. 239, the Supreme Court will dismiss an appeal, where a part only of several co-parties appeal from a joint judgment and fail to give notice of such appeal to their co-parties.

From the Boone Circuit Court.

*O. S. Hamilton* and *F. M. Charlton,* for appellants.

*T. J. Cofer, N. M. Taylor* and *C. S. Wesner,* for appellees.

ELLIOTT, J.—The appellants were sued jointly with Henry M. and Andrew J. Lawler, and judgment went against all of the defendants.

Couch and Davis alone appeal, and have not given any notice of the appeal to their co-defendants below.

A motion to dismiss the appeal has been filed, and under the provisions of our statute, and in accordance with repeated decisions of this court must, be sustained.

Appeal dismissed.